**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DANNY RAY CAMPBELL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    CIV-06-629-R |
| | ) |
| **MIKE MULLINS, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

ORDER

Before the Court is the Report and Recommendation [Doc. 13-1] of United States Magistrate Judge Valerie K. Couch entered July 31, 2006. Also before the Court is a letter from Plaintiff [Doc. No. 14] filed in the case on August 11, 2006. In the letter, Plaintiff states that he "recommends" that his case be transferred to the United States District Court for the Eastern District of Oklahoma. The Court thus understands that Plaintiff does not object to the Report and Recommendation but concurs in the transfer of his case recommended therein. Therefore, the Report and Recommendation is ADOPTED in its entirety and this case is TRANSFERRED to the United States District Court for the Eastern District of Oklahoma pursuant to 28 U.S.C. § 1406(a).

**It is so ordered this 23rd day of August, 2006.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE